# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ORLANDO LEBRON,

          Plaintiff,

    -vs-                                            Case No. 11-CV-806

LT. STEFFEN and DR. JEFFREY S. ALLEN,

          Defendants.

## ORDER

A review of this file discloses that defendant Allen filed a motion for summary judgment on December 10, 2012. Court records indicate that copies of the motion and supporting brief were mailed to the plaintiff on December 10, 2012. Additionally, defendant Steffen, who is represented by separate counsel, filed a motion for summary judgment on December 10, 2012. Court records indicate that copies of the motion and supporting brief were mailed to the plaintiff on the same date. Under the applicable procedural rules, the plaintiff's response to that motion should have been filed on or before January 9, 2013.[1]

Briefing schedules are set forth in Civil Local Rules 7 and 56 (E.D. Wis.). Parties are expected to comply with the procedures and dates specified in the rule without

---

[1] The court notes that on January 9, 2013, the court denied without prejudice the plaintiff's motion to amend the complaint because he did not file a proposed amended complaint along with his motion as required by the Local Rules. In the same order, the court advised that the plaintiff could file a renewed motion to amend the complaint along with a proposed amended complaint on or before January 31, 2013. The plaintiff has not filed a renewed motion to amend.

involvement of the court.

Court records show that the plaintiff did not file any response to the defendants' motions. Therefore,

**IT IS ORDERED** that this action be dismissed with prejudice for lack of prosecution effective **March 22, 2013**, pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy enclosed) and Federal Rule of Civil Procedure 41(b), unless prior to that date the plaintiff responds to the defendants' motions or establishes just cause for his failure to respond to said motion as required.

Dated at Milwaukee, Wisconsin, this 22nd day of February, 2013.

**SO ORDERED,**

**HON. RUDOLPH T. RANDA**
**U. S. District Judge**

Civil Local Rule 41(c)
Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.